```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08401
   BOBBIE J HARRIS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8680


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/14/2006 and was confirmed 09/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/19/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
HSBC                       SECURED                .00           .00           .00
HSBC                       UNSECURED              .00           .00           .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00           .00
SPRINT                     NOTICE ONLY     NOT FILED            .00           .00
ARONSON FURNITURE          UNSECURED          408.54            .00           .00
BANK ONE                   UNSECURED       NOT FILED            .00           .00
CAPITAL ONE                UNSECURED         1371.54            .00           .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED            .00           .00
COMCAST                    NOTICE ONLY     NOT FILED            .00           .00
ENCORE RECEIVABLE MANAGE   UNSECURED       NOT FILED            .00           .00
SBC                        NOTICE ONLY     NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          7605.15           .00           .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY     NOT FILED            .00           .00
EMERGE MASTERCARD          NOTICE ONLY     NOT FILED            .00           .00
PALSIADES COLLECTIONS      UNSECURED       NOT FILED            .00           .00
AT & T BANKRUPCTY          NOTICE ONLY     NOT FILED            .00           .00
SYSTEM & SERVICE TECHNOL   UNSECURED       NOT FILED            .00           .00
VAN MAUR                   UNSECURED           627.05           .00           .00
ARONSON FURNITURE          SECURED          3672.00             .00        918.00
GLEASON & MACMASTER        DEBTOR ATTY     2,500.00                        582.63
TOM VAUGHN                 TRUSTEE                                          88.92
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   1,589.55

PRIORITY                                             .00
SECURED                                           918.00
UNSECURED                                            .00

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08401 BOBBIE J HARRIS
```

```
ADMINISTRATIVE                                                   582.63
TRUSTEE COMPENSATION                                              88.92
DEBTOR REFUND                                                       .00
                                   ---------------    ---------------
TOTALS                                    1,589.55           1,589.55
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/27/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 08401 BOBBIE J HARRIS